40949. PRICE v. MANLEY.

EBERHARDT, Judge. Where a second counter affidavit to a dispossessory warrant is filed, it should not be dismissed merely because it is a second affidavit. *Bowman v. Quick,* 106 Ga. App. 213 (126 SE2d 536). Where the dismissal of the first counter affidavit was for want of prosecution, which is not an

adjudication on the merits of the case (*Kinney v. Avery & Co.,* 14 Ga. App. 180 (8), 80 SE 663. See *National Bank of Augusta v. Southern Porcelain Mfg. Co.,* 59 Ga. 157, 165), it did not operate as res judicata of the matter raised.

The cases of *Story v. Flournoy, McGehee & Co.,* 55 Ga. 56, and *Green v. White Oak Club,* 141 Ga. 646 (81 SE 867) were distinguished in *Bowman v. Quick,* 106 Ga. App. 213, supra at p. 214.

The court erroneously dismissed the second counter affidavit and this judgment must be

*Reversed. Bell, P. J., and Jordan, J., concur.*

DECIDED SEPTEMBER 21, 1964.

*Wallace & Wallace, Howard C. Wallace,* for plaintiff in error. *S. T. Ellis,* contra.